Manuel Araujo, Esq.
Araujo Law Offices
1650 E. Gonzalez Road
Oxnard, CA 93036
562-818-3038 (Cell)
805-988-6805 (Office)
manuel@araujolawoffices.com

Attorney for Plaintiff
Bertha Ortega

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BERTHA B. ORTEGA D.B.A. AFFORDABLE RAPID TAX,<br><br>            Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant | Case No.: CV-15-110-R-SP<br><br>ORDER Dismissing Civil Complaint And Vacating The June 1, 2015, Hearing On The Defendant's Motion To Dismiss |

<u>ORDER</u>

THE PARTIES HAVING AGREED, AND GOOD CAUSE APPEARING, it is hereby ordered as follows:

(1) The civil complaint filed by the plaintiff Bertha B. Ortega, D.B.A., Affordable Rapid Tax, is hereby Ordered dismissed.

(2) The June 1, 2015, hearing on the United States' Motion to dismiss is vacated.

Dated: May 19, 2015

_____
HON. MANUEL L. REAL,
United States District Court Judge

Order Proposed by:

s/ Manuel Araujo_____
Attorney of Record for
Plaintiff Bertha B. Ortega,
D.B.A. Affordable Rapid Tax